UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEALANT SYSTEMS INTERNATIONAL, INC., ET AL.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TEK GLOBAL SRL,<br><br>　　　　　　Defendant. | Case No.: C 11-774 PSG<br><br>**CASE MANAGEMENT ORDER** |

On September 6, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is October 6, 2011.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that no later than September 14, 2011, the parties shall notify the court regarding their preference for ADR. In the event the parties elect ENE or court-sponsored

ORDER, *page 1*

mediation, the parties shall promptly contact the court's ADR department to make the appropriate arrangements.

   IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Initial Disclosures and Patent LR 3-1 and 3-2 Disclosures | September 20, 2011 |
| Patent LR 3-3 and 3-4 Disclosures | November 4, 2011 |
| Patent LR 4-1 Exchange of Proposed Claim Terms | November 18, 2011 |
| Patent LR 4-2 Exchange Prelim. Claim & Extrinsic Evidence | December 9, 2011 |
| Patent LR 4-3 Joint Claim Constr. and Prehearing Statement | January 12, 2012 |
| Claim Constr. Discovery Cut-off | February 12, 2012 |
| Patent LR 4-5(a) Opening Brief Re Claim Constr. Due | March 28, 2012 |
| Patent LR 4-5(b) Responsive Brief Re Claim Constr. Due | April 11, 2012 |
| Patent LR 4-5(c) Reply Brief Re Claim Constr. Due | April 18, 2012 |
| Patent LR 4-5(c) Tutorial and Claims Constr. Hearing | 10AM on May 2, 2012 |
| Patent LR 3-7 Advice of Counsel | 50 days after Claim Construction Ruling |
| Fact Discovery Cutoff | June 15, 2012 |
| Designation of Opening Experts with Reports | July 30, 2012 |
| Designation of Rebuttal Experts with Reports | August 29, 2012 |
| Expert Discovery Cutoff | October 1, 2012 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on October 30, 2012 |
| Final Pretrial Conference | 2:00 p.m. on January 24, 2012 |
| Trial | 9:30 a.m. on February 6, 2012 |

   IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

ORDER, *page 2*

of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: September 8, 2011

                                                  _____
                                                 PAUL S. GREWAL
                                                 United States Magistrate Judge

---

[2]     A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28