JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
SGibson@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone:  (415) 398-8080
Facsimile:   (415) 398-5584

GREGORY S. CORDREY (Bar No. 190144)
GCordrey@jmbm.com
3 Park Plaza, Suite 1100
Irvine, California  92614
Telephone:  (949) 623-7200
Facsimile:   (949) 623-7202

Attorneys for Plaintiff
SEALANT SYSTEMS INTERNATIONAL, INC.,
ACCESSORIES MARKETING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEALANT SYSTEMS INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> TEK GLOBAL S.R.L., <br><br> Defendant. | CASE NO.  11-cv-774-PSG (Lead case) <br><br> xxxxxxxxxxxx)] **ORDER** <br><br> Dept:     Courtroom 5, 4th Floor <br> Judge:   Hon. Paul Singh Grewal <br><br> (Consolidated with Case No. 11-cv-1649) |

## **[PROPOSED] ORDER**

The Court, having reviewed the Parties' Stipulation to Continue the ADR Process Selection, hereby orders that:

1. The Court continues the deadline from September 14, 2011, to September 28, 2011, for filing the ADR Certification signed by Parties and Counsel, and the Stipulation to ADR Process or Notice of Need for ADR Phone Conference in the consolidated cases.

**IT IS SO ORDERED.**

Dated: _September 15_____, 2011

*[signature]*
Hon. Paul Singh Grewal
United States District Court

8112606v1

- 2 -