1  JEFFER, MANGELS, BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329), sgibson@jmbm.com
2  GREGORY S. CORDREY (Bar No. 190144), gcordrey@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, CA 90067
   Telephone: (310) 203-8080
4  Facsimile: (310) 203-0567

5  Attorneys for Plaintiffs
   SEALANT SYSTEMS INTERNATIONAL INC.
6  ACCESSORIES MARKETING, INC.

7
8
9             UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                  SAN JOSE DIVISION

12 | SEALANT SYSTEMS INTERNATIONAL INC., AND ACCESSORIES MARKETING, INC., | CASE NO.  11-cv-774-PSG (Lead case)
13 | | **STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT FOR: (1) DECLARATORY RELIEF; AND (2) PATENT INFRINGEMENT**
14 | Plaintiffs, |
15 | v. | Dept:    Courtroom 5, 4th Floor
16 | TEK GLOBAL S.R.L., | Judge:   Hon. Paul Singh Grewal
17 | Defendant. | (Consolidated with Case No. 11-cv-1649)

18
19
20
21
22
23
24
25
26
27
28

PRINTED ON RECYCLED PAPER
8313130v1

Stipulation for Filing of Second Amended Complaint

Plaintiffs Sealant Systems International Inc., and Accessories Marketing, Inc. (collectively, "Plaintiffs") and Defendant TEK Global S.R.L. ("TEK") hereby stipulate that Plaintiffs may file a Second Amended Complaint for (1) Declaratory Relief and (2) Patent Infringement (the "Second Amended Complaint"), a copy of which is attached hereto as **Exhibit 1**.

Plaintiffs and TEK hereby further stipulate that TEK's counsel acknowledges and will accept service by email of the Second Amended Complaint on behalf of both TEK and newly named defendant TEK Corporation ("TEK Corp.")

Plaintiffs and TEK hereby further stipulate that TEK and TEK Corp. will respond to the Second Amended Complaint in the time allowed under the Federal Rules of Civil Procedure.

DATED: October 6, 2011         JEFFER MANGELS BUTLER & MITCHELL LLP
                               STANLEY M. GIBSON
                               GREGORY S. CORDREY

                               By: /s/ Gregory S. Cordrey
                                   STANLEY M. GIBSON (Bar No. 162329)
                                   GREGORY S. CORDREY (Bar No. 190144)
                                   Attorneys for Plaintiffs SEALANT SYSTEMS
                                   INTERNATIONAL, INC. and ACCESSORIES
                                   MARKETING, INC.

                               PILLSBURY WINTHROP SHAW PITTMAN LLP
                               DUANE H. MATHIOWETZ
                               NEIL VORHRA

                               By: /s/ Duane H. Mathiowetz (with permission by
                                   Gregory S. Cordrey)
                                   DUANE H. MATHIOWETZ
                                   NEIL VORHRA
                               Attorneys for Defendant TEK Global S.R.L.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

4  DATED: October 14, 2011   _____
5  HONORABLE PAUL SINGH GREWAL
   United States District Court