1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DUANE H. MATHIOWETZ, SBN 111831
2  50 Fremont Street
   Post Office Box 7880
3  San Francisco, CA  94120-7880
   Telephone: (415) 983-1000
4  Facsimile: (415) 983-1200

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   NEIL VOHRA, SBN 270256
6  725 South Figueroa Street, Suite 2800
   Los Angeles, CA  90017-5406
7  Telephone: (213) 488-7100
   Facsimile: (213) 629-1033
8
   Attorneys for Defendants
9  TEK GLOBAL S.R.L and
   TEK CORPORATION
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15  SEALANT SYSTEMS INTERNATIONAL,          Case No. CV 11-0774-PSG (Lead case)
    INC. AND ACCESSORIES MARKETING,
16  INC.,                                   **STIPULATED REQUEST FOR
                                            ORDER AMENDING CASE
17              Plaintiff,                  MANAGEMENT ORDER, AND
                                            [PROPOSED] ORDER**
18      vs.
                                            (CONSOLIDATED WITH CASE
19  TEK GLOBAL S.R.L. and TEK                NO. CV 11-1649)
    CORPORATION,
20
                Defendants.                 Hon. Paul S. Grewal
21

22

23

24

25

26

27

28

1   Counsel for TEK Global and TEK Corporation ("TEK") and Sealant Systems
2   International and Automotive Marketing Inc. ("SSI") have conferred and hereby jointly
3   request the Court to modify certain dates set forth in its Case Management Order [Docket
4   No. 24], as follows:
5   Patent LR 4-2 Exchange of Proposed Claim Terms, to be changed from December
6   9, 2011 to January 23, 2012.
7   Patent LR 4-3 Exchange Prelim. Claim & Extrinsic Evidence, to be changed from
8   January 12, 2012 to February 20, 2012.
9   Claim Constr. Discovery Cut-off, to be changed from February 12, 2012 to March
10   12, 2012.
11   The parties jointly request these changes to allow the parties to facilitate settlement
12   negotiations during January and/or February 2012, prior to incurring significant fees
13   relating to claim construction.
14   There have been no previous modifications of the dates set by the Court in its Case
15   Management Order.
16   The proposed changes will have no anticipated effect on the Court's claim
17   construction as claim construction briefing and hearing dates are not changed.
18   DATED this 14th day of December, 2011.

19   PILLSBURY WINTHROP SHAW PITTMAN LLP
     DUANE H. MATHIOWETZ, SBN 111831
20   NEIL VOHRA, SBN 270256
     50 Fremont Street
21   San Francisco, CA 94120-7880
     Telephone: (415) 983-1000
22   Facsimile: (415) 983-1200

23

24   By: /s/ *Duane H. Mathiowetz*
         Attorneys for Defendants
25       TEK GLOBAL S.R.L.
         TEK CORPORATION
26
27
28

| | |
|---|---|
| 1 | JEFFER MANGELS BUTLER MITCHELL LLP |
| | STANLEY M. GIBSON, SBN 162329 |
| 2 | GREGORY S. CORDREY, SBN 190144 |
| | 1900 Avenue of the Stars, Seventh Floor |
| 3 | Los Angeles, CA  90067 |
| | Telephone: (310) 203-8080 |
| 4 | Facsimile: (310) 203-0567 |
| 5 | |
| | By: /s/  *Stanley M. Gibson*_____ |
| 6 |     Attorneys for Plaintiffs |
| | SEALANT SYSTEMS INTERNATIONAL,  INC. |
| 7 | ACCESSORIES MARKETING, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated  12/16/2011

_____
PAUL S. GREWAL
United States District Court Magistrate Judge

CERTIFICATION OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated:  December 14, 2011     ___/s/ Duane H. Mathiowetz_____
                                                                      Duane H. Mathiowetz