JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329), sgibson@jmbm.com
GREGORY S. CORDREY (Bar No. 190144), gcordrey@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiffs
SEALANT SYSTEMS INTERNATIONAL, INC. and
ACCESSORIES MARKETING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEALANT SYSTEMS INTERNATIONAL, INC. AND ACCESSORIES MARKETING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TEK GLOBAL S.R.L. AND TEK CORPORATION<br><br>Defendants. | CASE NO. CV 11-0774-PSG<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO FURTHER AMEND THE AMENDED CASE MANAGEMENT ORDER**<br><br>(CONSOLIDATED WITH CASE NO. CV 11-1649)<br><br>Honorable Paul S. Grewal |

# [~~PROPOSED~~] ORDER

The Court, having reviewed the Parties' Stipulation to Further Amend the Amended Case Management Order, and good cause appearing therefore, hereby orders that:

1. The Amended Case Management Order entered in this case on September 12, 2011, is hereby amended as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Opening expert reports | July 30, 2012 | September 7, 2012 |
| Rebuttal expert reports | August 29, 2012 | October 5, 2012 |
| Expert discovery deadline | October 1, 2012 | October 19, 2012 |
| Deadline for filing dispositive motions (based on compliance with local rule's 35-day notice provision under L.R. 7-2(a)) | September 25, 2012 | November 13, 2012 |
| Last Day for Dispositive Motion Hearing | 10 a.m. October 30, 2012 | 10 a.m. December 18, 2012 |
| Final Pretrial Conference (no change) | 2:00 p.m. on January 24, 2013 | 2:00 p.m. on January 24, 2013 |
| Trial (no change) | 9:30 a.m. on February 6, 2013 | 9:30 a.m. on February 6, 2013 |

- 2 -

Case No. CV 11-0774-PSG
(PROPOSED) ORDER REGARDING JOINT
STIPULATION TO FURTHER AMEND THE
AMENDED CASE MANAGEMENT ORDER

LA 8870381v1

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Mitchell LLP

1  **IT IS SO ORDERED.**

3  Dated: ___July 10___, 2012     _____
4                                  Hon. Paul Singh Grewal
                                   United States District Court

- 3 -

Case No. CV 11-0774-PSG
(PROPOSED) ORDER REGARDING JOINT
STIPULATION TO FURTHER AMEND THE
AMENDED CASE MANAGEMENT ORDER

LA 8870381v1

PRINTED ON
RECYCLED PAPER

CERTIFICATION OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

/s/*Gregory S. Cordrey*

LA 8870381v1

Case No. CV 11-0774-PSG
(PROPOSED) ORDER REGARDING JOINT STIPULATION TO FURTHER AMEND THE AMENDED CASE MANAGEMENT ORDER