JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329), sgibson@jmbm.com
GREGORY S. CORDREY (Bar No. 190144), gcordrey@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:	(310) 203-8080
Facsimile:	(310) 203-0567

Attorneys for Plaintiffs
SEALANT SYSTEMS INTERNATIONAL, INC., and
ACCESSORIES MARKETING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEALANT SYSTEMS INTERNATIONAL, INC., and ACCESSORIES MARKETING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEK GLOBAL S.R.L. and TEK CORPORATION,<br><br>Defendants. | CASE NO.   11-cv-774-PSG (Lead case)<br><br>[~~PROPOSED~~] **ORDER FURTHER AMENDING THE AMENDED CASE MANAGEMENT ORDER**<br><br>[*Stipulation filed concurrently herewith*]<br><br>Honorable Paul S. Grewal<br><br>(Consolidated with Case No. 11-cv-1649) |

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the Parties' Stipulation to Further Amend the Amended Case Management Order, and good cause appearing therefor, hereby orders that:

1. The Amended Case Management Order entered in this case on September 12, 2011, as amended on July 10, 2012 and August 3, 2012, is hereby further amended as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Opening expert reports | October 10, 2012 | November 2, 2012 |
| Rebuttal expert reports | Vacated | November 20, 2012 |
| Deadline for filing dispositive motions | Vacated | December 11, 2012 |
| Expert discovery deadline | Vacated | December 14, 2012 |
| Last Day for Dispositive Motion Hearing | Vacated | January 15, 2013 |
| Final Pretrial Conference | 2:00 p.m. on January 24, 2013 | 2:00 p.m. on April 4, 2013 |
| Trial | 9:30 a.m. on February 6, 2013 | 9:30 a.m. on April 17, 2013 |

IT IS SO ORDERED.

Dated: _____9.14_____, 2012

_____
Hon. Paul Singh Grewal
United States District Court