| | |
|---|---|
| 1 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | STANLEY M. GIBSON (Bar No. 162329), sgibson@jmbm.com |
| 2 | GREGORY S. CORDREY (Bar No. 190144), gcordrey@jmbm.com |
| | 1900 Avenue of the Stars, Seventh Floor |
| 3 | Los Angeles, California  90067-4308 |
| | Telephone:     (310) 203-8080 |
| 4 | Facsimile:      (310) 203-0567 |

Attorneys for Plaintiffs
SEALANT SYSTEMS INTERNATIONAL, INC., and
ACCESSORIES MARKETING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEALANT SYSTEMS INTERNATIONAL, INC., and ACCESSORIES MARKETING, INC., | CASE NO.    11-cv-774-PSG (Lead case) |
| | **[PROPOSED] ORDER ALLOWING PLAINTIFFS TO:** |
| Plaintiffs, | |
| v. | **(1) ISSUE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS TO ULTRA TRANSLATE;** |
| TEK GLOBAL S.R.L. and TEK CORPORATION, | |
| Defendants. | **AND** |
| | **(2) ISSUE SUBPOENA TO TESTIFY AT A DEPOSITION TO ULTRA TRANSLATE** |
| | [*Joint Stipulation filed concurrently herewith*] |
| | (CONSOLIDATED WITH CASE NO. 11-cv-1649) |

# [PROPOSED] ORDER

The Court, having reviewed the Parties' Joint Stipulation to Allow Plaintiffs to: (1) Issue Subpoena to Produce Documents, Information, or Objects to Ultra Translate; and (2) Issue Subpoena to Testify at a Deposition to Ultra Translate, and good cause appearing therefor, hereby orders that:

1. Plaintiffs may issue a Subpoena to Produce Documents, Information, or Objects to Ultra Translate.

2. Plaintiffs may issue a Subpoena to Testify at a Deposition to Ultra Translate.

IT IS SO ORDERED.

Dated: February 27, 2013

_____
Hon. Paul Singh Grewal
United States District Court