JEFFER, MANGELS, BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329), sgibson@jmbm.com
GREGORY S. CORDREY (Bar No. 190144), gcordrey@jmbm.com
ANDREW I. SHADOFF (Bar No. 272319), ashadoff@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiffs
SEALANT SYSTEMS INTERNATIONAL INC.
ACCESSORIES MARKETING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEALANT SYSTEMS INTERNATIONAL, INC., and ACCESSORIES MARKETING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEK GLOBAL S.R.L. and TEK CORPORATION,<br><br>Defendants. | CASE NO.   11-cv-774-PSG (Lead case)<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO PRECLUDE EVIDENCE OR TESTIMONY RELATING TO TEK'S CONSTRUCTIONS OF CLAIM LANGUAGE THAT CONFLICT WITH THE COURT'S CONSTRUCTIONS**<br><br>[Joint Stipulation filed concurrently herewith]<br><br>Final Pretrial<br>Conference Date:   April 2, 2013<br>Time:   10:00 a.m.<br>Courtroom:   5, 4th Floor<br>Judge:   Hon. Paul S. Grewal<br><br>(Consolidated with Case No. 11-cv-1649) |

# [~~PROPOSED~~] ORDER

The Court, having reviewed the Joint Stipulation to Preclude Evidence or Testimony Relating to TEK's Construction of Claim Language That Conflicts with the Court's Construction filed by Plaintiff Accessories Marketing, Inc. ("AMI"), and Defendant TEK Corporation ("TEK"), and good cause appearing therefor, hereby ORDERS that:

1. TEK may not introduce evidence or testimony, including the testimony of Dr. Homayoon Kazerooni, relating to or based on claim constructions that differ from the Court's claim constructions.

2. TEK may not introduce evidence or testimony relating to or based on the construction of the terms "opposite substantially the same opening" or "opening substantially opposes" as those terms appear in AMI's U.S. Patent No. 6,789,581, that are different from the Court's construction of these claim terms.

**IT IS SO ORDERED.**

Dated: ___March 29___, 2013

Hon. Paul Singh Grewal
United States District Court

- 2 -

[~~PROPOSED~~] ORDER RE CLAIM CONSTRUCTION
Case No. 11-cv-774-PSG