JEFFER, MANGELS, BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329), sgibson@jmbm.com
GREGORY S. CORDREY (Bar No. 190144), gcordrey@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiffs
SEALANT SYSTEMS INTERNATIONAL INC.,
ACCESSORIES MARKETING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEALANT SYSTEMS INTERNATIONAL INC., AND ACCESSORIES MARKETING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEK GLOBAL S.R.L., AND TEK CORPORATION, <br><br> Defendants. | CASE NO.   11-cv-774-PSG (Lead case) <br><br> [~~XXXXXXX~~ PROPOSED] ORDER RE JOINT ADMINISTRATIVE MOTION TO ALLOW ELECTRONIC AND OTHER EQUIPMENT INTO COURTROOM <br><br> Trial Date:   April 15, 2013 <br> Time:         10:00 a.m. <br> Courtroom:   5, 4th Floor <br> Judge:        Hon. Paul S. Grewal <br><br> (Consolidated with Case No. 11-cv-1649) |

PRINTED ON
RECYCLED PAPER
LA 9402910v1

[~~XXXXXXX~~ PROPOSED] ORDER RE JOINT ADMINISTRATIVE
MOTION TO ALLOW CERTAIN EQUIPMENT INTO COURTROOM

# [~~PROPOSED~~] ORDER

Upon good cause shown, it is hereby ordered that the Parties' Joint Administrative Motion is granted. The Parties may bring the following equipment into the courtroom for purposes of trial from April 15, 2013, until trial is completed:

1. Laptop computers;
2. Cables, power cords, wires, adapters, extension cords, power strips, surge protectors and/or other accessories required to operate the above equipment;
3. Projector;
4. Projector stand;
5. Computer speakers;
6. Exemplar(s) of various tire repair kits;
7. Tire(s);
8. Screwdriver and/or ice pick;
9. Tire sealant; and
10. Demonstrative boards.

**IT IS SO ORDERED.**

Dated: April 12, 2013

_____
Hon. Paul Singh Grewal
United States District Court

LA 9402910v1

[~~PROPOSED~~] ORDER RE JOINT ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT INTO COURTROOM