IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESSORIES MARKETING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TEK CORPORATION,<br><br>    Defendant._____/ | No. CV 11-00774 PSG<br><br>**JUDGMENT IN A CIVIL CASE** |

**(X)  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**()  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the jury verdict filed on April 25, 2013, judgment is entered in favor of plaintiff.


Dated: April 25, 2013                                          Richard W. Wieking, Clerk

                                                                            By: Oscar Rivera
                                                                            Deputy Clerk