# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEK GLOBAL S.R.L., et al., <br><br>     Plaintiffs, <br><br>     v. <br><br> SEALANT SYSTEMS INTERNATIONAL INC. et al., <br><br>     Defendants. | Case No. 5:11-cv-00774-PSG <br><br> **CASE SCHEDULING ORDER** <br><br> **(Re:  Docket No. 356)** |

Based on the parties' joint pretrial and trial schedule statement,[1]

IT IS ORDERED that the parties shall be re-ordered, and the case shall be captioned *TEK Global S.R.L., et al. v. Sealant Systems International Inc., et al.*[2]

IT IS FURTHER ORDERED that each party shall be permitted to take a limited 30(b)(6) deposition of up to three hours regarding any updated damages materials produced by the other party.  The depositions shall be limited to the new materials and the parties may not depose the witnesses regarding any damages materials that were previously produced or seek a redo of previous fact depositions on damages.

IT IS FURTHER ORDERED that each party may file a brief of up to five pages to supplement its previously-filed summary judgment motion on infringement.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this

---

[1] *See* Docket No. 356.

[2] *See Plumtree Software, Inc. v. Datamize, LLC*, Case No. C 02-5693 VRW, 2003 WL 25841157, (N.D. Cal. October 6, 2003).

1

Case No. 5:11-cv-00774-PSG
CASE SCHEDULING ORDER

case:

| Date | Event |
|---|---|
| April 8, 2016 | Exchange of updated damages documents, including sales, costs, and any licenses. |
| April 14, 2016 | Last day to take 30(b)(6) depositions. |
| April 19, 2016 | Last day to supplement motions for summary judgment. |
| April 20, 2016 | Last day to exchange opening supplemental expert reports by party with burden of proof. |
| April 27, 2016 | Last day to exchange supplemental rebuttal expert reports. |
| May 3, 2016 | Close of expert discovery.  Any deposition shall be limited to supplemental reports. |
| May 24, 2016 | Hearing on motions for summary judgment. |
| June 7, 2016 | Last day to file and lodge documents ten court days before Final PreTrial Conference, per Standing Order. |
| June 14, 2016 | Last day to file documents five court days before Final Pre-Trial Conference, per Standing Order. |
| June 20, 2016 | Last day to file objections to counter-designations. |
| June 21, 2016 | Final Pre-Trial Conference. |
| June 27, 2016 | First day of trial. |

**SO ORDERED.**

Dated: March 30, 2016

PAUL S. GREWAL
United States Magistrate Judge