1

2

3

4            UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT OF CALIFORNIA

6

7    TEK GLOBAL S.R.L., et al.,                    Case No. 5:11-cv-00774-PSG

8              Plaintiffs,                         **ORDER DENYING REQUEST TO**
                                                   **STRIKE PLAINTIFFS'**
9         v.                                       **SUPPLEMENTAL REBUTTAL**
                                                   **REPORT**
10   Sealant Systems International Inc., et al.,
                                                   **(Re:  Docket Nos. 373, 374)**
11             Defendants.

12

13        Following remand, this court issued an order permitting each party to file supplemental

14   expert reports.[1]  Defendants object to the scope of a supplemental report from Plaintiffs' expert

15   Homayoon Kazerooni and ask that the court strike certain portions.[2]  Their particular beef is that,

16   in his supplemental rebuttal report, Kazerooni has gone beyond what they contend was permitted:

17   addressing the Federal Circuit's construction of the disputed claim term "cooperating with."[3]

18        There is just one problem with Defendants' objection:  their expert did the same thing.  In

19   particular, in his own supplemental expert report, Defendants' expert Randall King speaks at

20   length about whether prior art discloses a "three-way valve," an entirely different claim term.[4]

21

22

23   _____

     [1] *See* Docket No. 360 at 2.

24
     [2] *See* Docket No. 374.
25

26   [3] *See id.*

27   [4] *See* Docket No. 373-1 at 18:21-19:5, 20:12-21:5, 22:1-26, 23:25-27, 26:17-21.

28                                              1
     Case No. 5:11-cv-00774-PSG
     ORDER DENYING REQUEST TO STRIKE PLAINTIFFS' SUPPLEMENTAL REBUTTAL
     REPORT

1   Nowhere in its opinion did the Federal Circuit address that limitation.[5]

2          Any number of legal doctrines might apply to this situation.  For the sake of brevity, the

3   court will simply apply one:  "pot, kettle, black."

4          Defendants' request is DENIED.

5   **SO ORDERED.**

6   Dated: May 4, 2016

7                                                           _____
                                                            PAUL S. GREWAL

8                                                           United States Magistrate Judge

United States District Court
Northern District of California

---

[5] *See* Docket No. 357; *Sealant Systems International, Inc. et al. v. Tek Global, S.R.L. et al.*, 616
Fed. App'x 987 (Fed. Cir. 2015).

2

Case No. 5:11-cv-00774-PSG
ORDER DENYING REQUEST TO STRIKE PLAINTIFFS' SUPPLEMENTAL REBUTTAL
REPORT