UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TEK GLOBAL, S.R.L., et al.,

        Plaintiffs,

   v.

SEALANT SYSTEMS INTERNATIONAL, INC, et al.,

        Defendants.

Case No. 11-cv-00774-VC

**ORDER RE PRETRIAL MOTIONS**

Re: Dkt. Nos. 440, 443, 445, 453, 455, 456

    The Court issues the following rulings on the pending motions in limine:

    TEK's Motion in Limine No. 1, to exclude testimony or permit the deposition of Bryan Smith: The motion is granted. TEK may depose Mr. Smith for no more than 3 hours before trial. The parties will promptly meet and confer on the timing of the deposition.

    TEK's Motion in Limine No. 4, to preclude reliance on the Holtzhauser reference: The motion is denied.

    SSI's Motion in Limine No. 3, to exclude evidence relating to the allegation that Sealant copied TEK's tire repair kit, and to exclude evidence relating to Andrew Kaltsounis: To the extent the motion seeks to exclude evidence of copying, the motion is denied. The Court will discuss the Kaltsounis issue with the parties at the pretrial conference.

    SSI's Motion in Limine No. 5, to exclude new infringement contentions: The motion is denied.

    SSI's Motion in Limine No. 6, to exclude TEK's new license: The motion is denied.

    The Court will address TEK's response to SSI's § 282(c) notice at the pretrial conference. However, SSI is advised that it will not be permitted to reargue issues the Federal Circuit has

2

already settled, including the Eriksen and Bridgestone combination.  *See Sealant Sys. Int'l, Inc. v. TEK Glob., S.R.L.*, 616 F. App'x 987, 995-96 (Fed. Cir. 2015) ("Even if a skilled artisan would be motivated to combine the two references, as the district court found, this would not produce the claimed invention because neither Bridgestone nor Eriksen teach the use of 'an additional hose [] cooperating with' the tire." (alteration in original)); *see also* Order Denying Motion for Summary Judgment on Invalidity (Dkt. No. 397) at 2-3.

The remaining issues will be discussed at the pretrial conference.

**IT IS SO ORDERED.**

Dated:  March 1, 2017

_____
VINCE CHHABRIA
United States District Judge