UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEK GLOBAL, S.R.L., et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>SEALANT SYSTEMS INTERNATIONAL, INC., ET AL.,<br><br>　　　　Defendants. | Case No. 11-cv-00774-VC<br><br>**ORDER MODIFYING PERMANENT INJUNCTION; DENYING EX PARTE APPLICATION FOR ORDER MODIFYING PERMANENT INJUNCTION AS TO DISPUTED PRODUCTS; SETTING A BRIEFING SCHEDULE FOR NOTICED MOTION**<br><br>Re: Dkt. No. 571 |

　　　　Pursuant to the parties' agreement, the permanent injunction entered on August 11, 2017 is modified to exclude products numbered 70023, 70027, 70029, 70030, 70031, and 70045. Dkt. Nos. 564, 571-3, 571-5.

　　　　With respect to whether sealant bottles should be included in the permanent injunction, the ex parte application for a modification of the injunction filed by Sealant Systems International, Inc. and ITW Global Tire Repair (together, SSI) is denied. Should SSI wish to modify the injunction to exclude sealant bottles, it must file a noticed motion. Although SSI has no one to blame for any present urgency but itself, the Court is willing to hear a motion to modify the injunction on November 9, 2017. Accordingly, any motion by SSI must be filed by October 13, 2017. The plaintiffs' opposition is due by October 25, 2017, and any reply by SSI is due October 30, 2017.

　　　　**IT IS SO ORDERED.**

Dated: October 11, 2017

_____
VINCE CHHABRIA
United States District Judge