JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329), sgibson@jmbm.com
GREGORY S. CORDREY (Bar No. 190144), gcordrey@jmbm.com
ANDREW I. SHADOFF (Bar No. 272319), ashadoff@jmbm.com
JESSICA P.G. NEWMAN (Bar No. 309170), jnewman@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Defendants
SEALANT SYSTEMS INTERNATIONAL INC. and
ITW GLOBAL TIRE REPAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEK GLOBAL S.R.L., and TEK CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SEALANT SYSTEMS INTERNATIONAL INC. and ITW GLOBAL TIRE REPAIR,<br><br>Defendants. | CASE NO. 3:11-cv-00774-VC (Lead case)<br><br>**STIPULATED DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1) and [~~PROPOSED~~] ORDER**<br><br>(Consolidated with Case No. 11-cv-1649) |

67585123v2
1      3:11-cv-00774-VC (Lead case)
STIPULATED DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1) and [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff TEK Global, S.r.l. and TEK Corporation (collectively "TEK") and Defendants Sealant Systems International, Inc. and ITW Global Tire Repair, Inc. (collectively, "SSI" and with TEK the "Parties"), by and through their counsel of record, hereby stipulate that TEK's claims in the above-entitled matter are dismissed WITH PREJUDICE and subject to the terms of the Settlement Agreement entered into by and between TEK and SSI, with each party to bear its own costs, expenses and attorneys' fees. The Parties have requested that the Hon. Vince Chhabria retain jurisdiction to enforce the Settlement Agreement. If Judge Chhabria declines to exercise jurisdiction to enforce the Settlement Agreement, the Parties stipulate that Magistrate Judge Joseph Spero shall retain jurisdiction to enforce the Settlement Agreement.

Respectfully Submitted,

DATED: January 2, 2020  JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
GREGORY S. CORDREY
ANDREW I. SHADOFF
JESSICA P.G. NEWMAN

By: */s/ Stanley M. Gibson*
STANLEY M. GIBSON
Attorneys for Defendants SEALANT SYSTEMS INTERNATIONAL, INC. and ITW GLOBAL TIRE REPAIR

DATED: January 2, 2020  DAVIS POLK & WARDELL LLP
ASHOK RAMANI

KEKER VAN NEST & PETERS LLP
DAN E. JACKSON

By: */s/ Ashok Ramani*
ASHOK RAMANI
Attorneys for Plaintiffs TEK GLOBAL S.R.L., and TEK CORPORATION

## **ORDER**

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED**.

DATED: January 6, 2020

HON. VINCE CHHABRIA
United States District Court Judge